**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

CHAMBERS OF
**STEPHANIE A. GALLAGHER**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**

July 26, 2017

LETTER TO COUNSEL

RE:     *CX Reinsurance Company Limited, f/k/a CNA Reinsurance Company Limited v. B&R Management, Inc., et al.;* Civil Case No. ELH-15-3364

Dear Counsel:

Pursuant to Judge Hollander's July 21, 2017 Order, I am tasked with resolving a new discovery dispute between Plaintiff CX Reinsurance Company Limited ("CX Re") and Defendant Jessica-Carl, Inc. ("Jessica-Carl").    [ECF No. 204].    As summarized in correspondence from the parties, [ECF Nos. 201, 203], the instant dispute involves Jessica-Carl's third request for production of documents relating to settlement of a lead paint lawsuit brought by Tyshell Stokes against Arbor Inc. in March 2012.  Although the correspondence generally reveals the parties' respective position and arguments, the dispute has not been properly briefed. Consequently, I will allow the parties to submit letter briefs not exceeding five (5) pages in length.  In the interest of brevity and efficiency, the parties are welcome to direct my attention to previously submitted arguments and materials in the record.  Jessica-Carl should file its letter brief no later than **Wednesday, August 2, 2017**, and CX Re should file its letter brief no later than **Wednesday, August 9, 2017**.  After reviewing the letters, I will determine whether a hearing is necessary.

Despite the informal nature of this letter, it will be flagged as an Opinion and docketed as an Order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States Magistrate Judge